# Court of Appeals
# of the State of Georgia

ATLANTA, November 07, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0397, A26A0398. DUNN v. HOUSE et al. (two cases).**

We previously dismissed three appeals filed by pro se plaintiff Danny Dunn and imposed frivolous appeal penalties. See *Dunn v. House et al.*, Case Nos. A25A1638, A25A1639, A25A1640 (May 19, 2025). Before this Court issued remittiturs on those appeals, the trial court entered money judgments against Dunn for the frivolous appeal penalties in a consolidated May 27, 2025 order. We subsequently granted Dunn's applications for discretionary appeals from that order.

The May 27, 2025 order was premature, as it was entered before this Court issued the remittiturs in the underlying appeals and returned jurisdiction to the trial court. See *Temple v. Hillegass*, 344 Ga. App. 454, 454–55 (810 SE2d 625) (2018) (explaining that an appellate court retains jurisdiction until remittitur is issued and filed in the court below). Accordingly, the May 27, 2025 order must be vacated. The instant appeals are hereby remanded, and upon receipt of the remittiturs from these appeals, the trial court is directed to re-enter the money judgments for the frivolous appeal penalties consistent with this Court's May 19, 2025 order.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* *11/07/2025*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*